# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF J.W.

NO. 2024 KW 0412

**MAY 15, 2024**

---

In Re:     J.W., applying for supervisory writs, East St. Tammany
           City Court, Parish of St. Tammany, No. 24JP0630.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED.**

                        **PMc**
                        **CHH**
                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT